IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01209-WJM-MEH

CAROLINA GALVAN,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC., a New Jersey corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 1, 2011.**

    Plaintiff's Unopposed Motion to Vacate the Scheduling Conference Currently Set for 8/4/11 at 9:30 a.m. [filed August 1, 2011; docket #9] is **granted** as follows. The Scheduling Conference set for August 4, 2011, is **vacated**. A **Status Conference** is hereby scheduled for **August 18, 2011**, at **9:45 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.