IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01209-WJM-MEH

CAROLINA GALVAN,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC., a New Jersey corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 4, 2011.**

    The Stipulated Motion for Entry of Protective Order [filed November 2, 2011; docket #17] is **granted**.  The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.