**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-1209-WJM-MEH

CAROLINA GALVAN,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC., a New Jersey corporation

    Defendant.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**
_____

    This matter is before the Court on the *sua sponte*. On June 4, 2012 a Notice of Settlement was filed by Plaintiff (ECF No. 22). On July 16, 2012, Plaintiff filed a Status Report (ECF No. 24). The Status Report indicated that a Motion to Approve Settlement was filed with the U.S. Bankruptcy Court and has not been granted or denied. (Status Report at ¶1-2). As a consequence, this case has been pending awaiting the disposition of the Motion to Approve Settlement by the U.S. Bankruptcy Court.

    The Court having considered the status of this case and being otherwise fully advised, ORDERS as follows:

    Pursuant to local rule D.C.COLO.LCivR 41.2. the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED. The Parties may seek leave to reopen this case, for good cause shown, once a ruling on the Motion to Approve Settlement has been entered by the U.S. Bankruptcy Court.

Dated this 28th day of January, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge